UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

| | |
|---|---|
| RENEE B,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | **CONSENT ORDER AWARDING ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412(d)**<br><br>3:26-cv-00479-MJK |

---------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of $6,608.32 (six thousand six hundred and eight dollars and thirty-two cents) for attorney fees. Such award is made in full satisfaction of any claim for fees, costs, and other expenses pursuant to the EAJA.

It is further agreed that payment of fees will be made directly to Plaintiff's attorney if Plaintiff has agreed to transfer his rights to EAJA fees to her attorney, and provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

AND, the Court having reviewed this matter,

IT IS on this 21st day of October, 20 26 ;

ORDERED that Plaintiff be allowed said award under the Equal Access to Justice Act.

Digitally signed by Mitchell J Katz
Date: 2026.10.21 11:45:56 -04'00'

Mitchell J. Katz
United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

TODD BLANCHE
Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney
Northern District of New York
Attorney for Defendant

By: *s/ Fergus Kaiser*
Fergus Kaiser
Special Assistant U.S. Attorney
Northern District of New York
Office of Program Litigation, Office 2
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-2049
Email: fergus.kaiser@ssa.gov

Lachman, Gorton Law Firm
*Attorneys for Plaintiff*

By: *s/ Peter A. Gorton*
Peter A. Gorton
Lachman, Gorton Law Firm
P.O. Box 89
1500 East Main Street
Endicott, NY 13760-0089
607-754-0500
Fax: 607-748-6978
Email: office@lglaw.org